**Deily & Glastetter, LLP**
Attorneys at Law

**Leigh A. Hoffman, Partner**
*Admitted in NY*
8 Thurlow Terrace, Albany, New York  12203
P: (518) 436-0344 | F: (518) 436-8273
lhoffman@deilylawfirm.com

September 08, 2015

**VIA CM/ECF**

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York  12207

      Re:   *Marc S. Ehrlich v. McLane Global, et al.*
            Adversary No. 15-90038-1-rel
            Our File No. L-EHRLICH.14.00206

Dear Judge Littlefield:

     Please allow this letter to confirm the adjournment of the Court's Order Setting a Pre-Trial Hearing from **September 16, 2015 at 10:00 a.m.** to **September 21, 2015 at 10:00 a.m.,** to be held at the James D. Foley U.S. Court House, 545 Broadway Suite 306 Albany, New York 12207.  The adjournment is on the consent of the parties and has been granted pursuant to conversation had with Theresa O'Connell on September 3, 2015.

     We thank the Court for its courtesies in this matter and should you have any further questions or concerns please do not hesitate to contact me.

                           Respectfully yours,

                           DEILY & GLASTETTER, LLP

                            /s/ Leigh A. Hoffman
                            Leigh A. Hoffman

LAH/jlh

cc:
     **VIA E-MAIL**
     Marc S. Ehrlich, Esq.
     Lisa Penpraze, Esq.
     Conor E. Brownell, Esq.

www.deilylawfirm.com