**FILED**

SEP 11 2015

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re **Peter Mollo**,
*[Set forth here all names including married, maiden, and trade names used by debtor within last 6 years.]*
Debtor

Employer's Tax Identification No(s)[if any] _____

Last four digits of Social Security No(s). [if any] **8593**

**William Harrington, U.S. Trustee**,
Plaintiff

v.

**Peter Mollo**,
Defendant

Case No. **14-11225**

Chapter **7**

Adv. Proc. No. **14-90049**

## BRIEFING ORDER

In connection with a __complaint objecting to discharge__ filed (Doc. # 1 ), it is hereby

## ORDERED

1. **U.S. Trustee** shall file a Memorandum of Law by **11/9/2015**.
   (Party name)                                                  (Date/time, if applicable)

2. **Peter Mollo** shall file a Memorandum of Law by **12/9/2015**.
   (Party name)                                                  (Date/time, if applicable)

3. **U.S. Trustee** shall file a Reply Memorandum of Law or a letter with the court
   (Party name)
   indicating a Reply will not be filed by **12/16/2015**.
                                           (Date/time, if applicable)

4. Failure of the movant to file a Memorandum of Law shall result in denial of the motion based upon movant's failure to meet its burden.

5. Failure of the responding party to file a responsive Memorandum of Law shall be deemed consent to the relief requested by the movant and a waiver of any further notice or opportunity for hearing.

6. All counsel and the parties shall comply with this Order and failure to do so may result in imposition of appropriate sanctions and/or dismissal of the proceeding.

BY THE COURT

/s/Robert E. Littlefield, Jr.
HON. ROBERT E. LITTLEFIELD, JR.
U.S. Bankruptcy Judge

At Albany, NY
Date: 9/11/2015

CH:M002(02/12/2008)A