# Exhibit "Y"

(G. Coakley Audio Deposition submitted to the Court on a disk)