UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| HOFFMANS TRADE GROUP LLC, | Chapter 7 |
| | Case No. 13-11662-REL |
| Debtor | |

| | |
|---|---|
| MARC S. EHRLICH, AS TRUSTEE FOR HOFFMANS TRADE GROUP LLC, | |
| Plaintiff | Adv. Pro. No. 15-90038 |
| v. | |
| MCLANE GLOBAL, JORDAN LACCETTI, and MICHAEL COAKLEY | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, I electronically filed a copy of the **Trustee's Reply in Support of Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056** using the CM/ECF system which sent notification of such filing by email to the parties listed below.

Parties receiving electronic notification:

| | |
|---|---|
| Conor E. Brownell, Esq.<br>Attorney for Defendants<br>Email: ceb@gwlaw.com | Office of the United States Trustee<br>Email: USTPRegion02.AL.ECF@USDOJ.GOV |

/s/ Leigh A. Hoffman
Leigh A. Hoffman

1912092