FILED

DEC 27 2016

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re: HOFFMANS TRADE GROUP, LLC,

               Debtor(s).

Case No. 13-11662
Chapter 7

---

MARC S. EHRLICH, as Trustee for
Hoffmans Trade Group, LLC,

               Plaintiff(s),

vs.

HOFFMANS TRADE GROUP, LLC, JORDAN
LACETTI, and MICHAEL COAKLEY,

               Defendant(s).

Adv. Pro. No. 15-90038

---

## JUDGMENT

Plaintiff Marc S. Ehrlich, as Trustee for Hoffmans Trade Group, LLC, filed a complaint asserting 11 causes of action seeking to avoid and recover transfers and other relief based upon: equitable subordination; misappropriation of trade secrets; breach of the duty of loyalty; unfair competition; unjust enrichment; turnover and accounting; conversion; and fraudulent transfers. After an answer was filed by Defendants Hoffmans Trade Group, LLC, Jordan Lacetti, and Michael Coakley and discovery conducted, both parties moved for summary judgment. A separate order incorporating the court's oral decision rendered on December 22, 2016, has been entered this day. Accordingly, it is hereby

**ORDERED**, that the Defendants' motion for summary judgment is granted, and the complaint is dismissed, and it is further

**ORDERED**, that the Plaintiff's motion for summary judgment is denied.

Dated: December 27, 2016
Albany, New York

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge